UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT FIELDS,**

    **Plaintiff,**

v.                                    **Case No.  8:06-cv-261-T-24TBM**

**JO ANNE B. BARNHART,**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
_____/

**O R D E R**

      THIS MATTER is before the court *sua sponte*.  Plaintiff commenced this action by the filing of his Complaint (Doc. 1) on February 17, 2006.  A review of the docket reveals that the Plaintiff has failed to effect service on the Defendant within the time allotted by Rule 4(i) and (m) of the Federal Rules of Civil Procedure.  Pursuant to Rule 4(m), Plaintiff is directed to effect service within <u>twenty (20) days</u> from the date of this Order.  Failure to do so may result in the dismissal of this action for failure to prosecute in accordance with Local Rule 3.10(a).

      **Done and Ordered** in Tampa, Florida, this 20th day of June 2006.

                                                  _____
                                                  THOMAS B. McCOUN III
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record