UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT FIELDS,**

    **Plaintiff,**

v.                                             Case No.  8:06-cv-261-T-TBM

**LINDA S. McMAHON,
Acting Commissioner of the United
States Social Security Administration,**[1]

    **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 22).  By this motion, the Commissioner seeks an Order remanding the case to an Administrative Law Judge to:

> give Plaintiff the opportunity for a new hearing; obtain vocational expert testimony to determine in accordance with the regulations, rulings, and case law in this circuit, whether there is other work in significant numbers in the national economy that Plaintiff can still perform; and for any other action the Commissioner deems necessary.

The Commissioner represents that Plaintiff does not object to the motion.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript

---

[1] Linda S. McMahon became Acting Commissioner of Social Security on January 22, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

of the record, a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff.  Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is **ORDERED** that the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 22) is **GRANTED**.  The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order.  The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the file.  The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 30th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record